IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NATHANIEL MCDONALD,            :

   Plaintiff,            :

vs.            :   CIVIL ACTION 09-0056-KD-N

WAYNE GRAY, et al.,            :

   Defendants.            :

ORDER

This action is before the Court for screening pursuant to 28 U.S.C. § 1915(e)(2)(B).

In order for plaintiff's amended complaint to be properly screened, additional information

is needed.  Plaintiff is therefore **ORDERED** by **December 7, 2009** to file a copy of the

disciplinary report for the disciplinary about which he complains and the corresponding

incident report.  Information concerning the warden's reversal is **ORDERED** to be

included in this information.

The failure to comply with this order within the prescribed time will result in a

recommendation of dismissal of this action for failure to prosecute and to obey the Court's

order.

DONE this   6th   day of November, 2009.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**